IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED HEBNER, | No. C 05-4268 MMC (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| RICHARD KIRKLAND, Warden; BARRY J. O'NEIL, Associate Warden; C. PATTON, Captain, | **(Docket No. 5)** |
| Defendants. | |

On October 20, 2005, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983 against various officials at Pelican Bay State Prison ("PBSP"). By order filed March 30, 2006, the complaint was dismissed with leave to amend. Shortly before such dismissal, plaintiff, on March 20, 2006, filed a motion for a temporary restraining order ("TRO"), by which motion plaintiff seeks an order precluding officials at the California Medical Facility from transferring him back to PBSP. Plaintiff has neither complied with the notice requirement of Rule 65(a)(1) of the Federal Rules of Civil Procedure, nor certified the reasons for his not providing such notice, as required by Rule 65(b) of the Federal Rules of Civil Procedure. Moreover, plaintiff seeks the TRO against individuals who are not parties to this action. Accordingly, plaintiff's request for a TRO is DENIED.

This order terminates Docket No. 5.

IT IS SO ORDERED.

DATED: April 3, 2006

MAXINE M. CHESNEY
United States District Judge